STEVEN F. GRUEL (CSBN 213148)
655 Montgomery Street, Suite 1700
San Francisco, California 94122
Telephone Number (415) 989-1253

Attorney for THY QUANG NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No.: CR. 05-0375-SI |
| )   | |
| Plaintiff,         ) | STIPULATION AND ORDER |
| )   | REGARDING WAIVER OF |
| Vs.         ) | APPEARANCE |
| )   | |
| ENRIQUE CHAN, et al.,        ) | |
| )   | |
| Defendants.         ) | |
| )   | |
| )   | |
| _____) | |

    The United States of America and defendant, Thy Quang Nguyen by and through his attorney, Steven F. Gruel hereby stipulate that the defendant's appearance at the Status Conference scheduled for October 14, 2005 at 11:00 a.m. may be waived. AUSA Scoble has authorized Mr. Gruel to sign on his behalf.

SO STIPUALTED:

DATED: October 12, 2005

                    /s/_____
                    STEVEN F. GRUEL,
                    Attorney for Defendant
                    THY QUANG NGUYEN

*STIPULATION AND ORDER*
*REGARDING WAIVER OF*
*APPEARANCE*
                      - 1

```
                                _/s/_____
DATED: October 12, 2005         ANDREW SCOBLE
                                Assistant United states Attorney
```

ORDER REGARDING WAIVER OF DEFENDANT'S APPEARANCE

PREDICATED on the above stipulation, the Court orders that the defendant's appearance may be waived at the status conference scheduled for October 14, 2005 at 11:00 a.m.

IT IS SO ORDERED.

_____
SUSAN ILLSTON
United States District Judge



*STIPULATION AND ORDER REGARDING WAIVER OF APPEARANCE*

- 2