STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for Thy Quang Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-05-00375-SI |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER PERMITING OUT OF DISTRICT TRAVEL |
| Vs. | |
| THY QUANG NGUYEN, | |
| Defendant. | |

    Defendant Thy Quang Nguyen, by and through his attorney, Steven F. Gruel, hereby requests that he be permitted to travel outside the Northern District of California so that he may attend to family matters outside the state of California. Mr. Nguyen would leave the Northern District of California on March 27, 2009 and return to this district no later than March 31, 2009.

    Mr. Nguyen's Pretrial Officer, Josh Libby, who is assigned to this case is aware of this matter and does not oppose this request.   Mr. Nguyen has provided a detailed itinerary to Pretrial Services including a telephone number and/or address where he can be reached during that time.   The prosecution does not oppose this request.

//

SO STIPULATED:

DATED: 3/26/09          __/s/_____
                                 STEVEN F. GRUEL
                                 Attorney for Thy Quang Nguyen

DATED: 3/26/09          __/s/_____
                                 NICOLE M. KIM
                                 Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, defendant Thy Quang Nguyen is permitted to leave the Northern District of California from March 27, 2009 through March 31, 2009 as described above.

IT IS SO ORDERED.

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge